# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4993

_____

FREEMEL BEST,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Quo Warranto – Original Jurisdiction

January 2, 2018

PER CURIAM.

The petition filed on November 27, 2017, is denied.

WOLF, ROWE, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Freemel Best, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.